IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SHANE VANDERMOLEN                                                                                    PLAINTIFF

v.                                             Civil No. 6:14-CV-6113

M. CHAMBERLIN (Chief of Deputies),
SGT. McFEE, and CPL. KELLOGG                                                             DEFENDANTS

**ORDER**

  Before the Court is the Report and Recommendation filed June 30, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 31. Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 27) be granted. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Defendants' Motion for Summary Judgment (ECF No. 27) is **GRANTED**, and Plaintiff's claims against all Defendants are **DISMISSED WITH PREJUDICE**.

  **IT IS SO ORDERED**, this 27th day of July, 2016.

                         /s/ Susan O. Hickey
                         Susan O. Hickey
                         United States District Judge